IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



STATE FARM FIRE AND CASUALTY
COMPANY                                                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 4:03-CV-278WHB-JMR

NOXUBEE FINANCE, INC., ET AL.                                  DEFENDANTS

### FINAL JUDGMENT

In response to a Show Cause Order issued by the Court on June 2, 2006, Plaintiff has notified the Court that this matter has been finally settled and should be dismissed without prejudice. Accordingly, this cause is hereby dismissed, without prejudice.

SO ORDERED this the 14th day of June, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

blj